Daniel J. Sherman
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX 75208
(214) 942-5502

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MD RANGEL FRANCHISE | § | Case No. 14-31245 |
| ENTERPRISES, LT | § | |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL J. SHERMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 23,854.31 | Claims Discharged Without Payment: 2,694,795.52 |
| Total Expenses of Administration: 29,876.53 | |

3) Total gross receipts of $ 53,730.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 53,730.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 70,152.54 | $ 50,819.72 | $ 50,819.72 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,586.44 | 25,586.44 | 25,586.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 5,038.03 | 5,038.03 | 4,290.09 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 964,875.97 | 2,652,476.31 | 2,652,476.31 | 23,854.31 |
| **TOTAL DISBURSEMENTS** | $ 1,035,028.51 | $ 2,733,920.50 | $ 2,733,920.50 | $ 53,730.84 |

4) This case was originally filed under chapter 11 on 03/11/2014, and it was converted to chapter 7 on 02/26/2015. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2020          By: /s/DANIEL J. SHERMAN, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH IN BANK - JPMORGAN CHASE BANK | 1129-000 | 10,896.30 |
| Debtor's share of sale proceeds | 1129-000 | 42,834.54 |
| **TOTAL GROSS RECEIPTS** | | **$53,730.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | MICROPROPERTIES, LLC | 4120-000 | 70,152.54 | 50,819.72 | 50,819.72 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 70,152.54** | **$ 50,819.72** | **$ 50,819.72** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:DANIEL J. SHERMAN, TRUSTEE | 2100-000 | NA | 5,936.54 | 5,936.54 | 5,936.54 |
| TRUSTEE EXPENSES:DANIEL J. SHERMAN, TRUSTEE | 2200-000 | NA | 822.30 | 822.30 | 822.30 |
| UNION BANK | 2600-000 | NA | 2,833.44 | 2,833.44 | 2,833.44 |
| U.S. TRUSTEE | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):SHERMAN & YAQUINTO | 3110-000 | NA | 13,875.00 | 13,875.00 | 13,875.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):SHERMAN & YAQUINTO | 3120-000 | NA | 81.66 | 81.66 | 81.66 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SHELDON E. LEVY, CPA | 3410-000 | NA | 737.50 | 737.50 | 737.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,586.44 | $ 25,586.44 | $ 25,586.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMPTROLLER OF PUBLIC ACCOUNTS | 6990-000 | NA | 3,618.03 | 3,618.03 | 3,080.90 |
| GREGORY P. WILLIAMS, CPA | 6990-000 | NA | 1,420.00 | 1,420.00 | 1,209.19 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 5,038.03 | $ 5,038.03 | $ 4,290.09 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David Childs Dallas Co Tax Assessor / Collector 500 Elm Street Dallas, TX 75202 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| | Maun, Kenneth Collin County Tax Assessor PO Box 8006 McKinney TX 75070 | | 0.00 | NA | NA | 0.00 |
| | Office of the United States Trustee 1100 Commerce St, Room 976 Dallas TX 75242 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Texas Comptroller of Public Accts PO Box 13528 - Capitol Station Auatin TX 78711-3528 | | 0.00 | NA | NA | 0.00 |
| | Texas Workforce Commission 101 E 15th St. Rm 651 Austin, TX 78778-0001 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alphagraphics 1750 Alma Road #118 Richardson TX 75081 | | 1,000.00 | NA | NA | 0.00 |
| | Etheridge Printing 4434 McEwen Dallas TX 75244 | | 700.00 | NA | NA | 0.00 |
| | Huselton, Morgan & Maultsby PC 12222 Merit Drive #1180 Dallas TX 75251 | | 3,000.00 | NA | NA | 0.00 |
| | Moneymailer 2600 Avenue K #100 Plano TX 75074 | | 3,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Radiant Systems 3925 Brookside Parkway Alpharetta GA 30022 | | 1,697.04 | NA | NA | 0.00 |
| | Rangel, Michael 4535 Taylors Bend San Antonio TX 78247 | | 27,931.59 | NA | NA | 0.00 |
| | Representing: Galleria Mall Investors LP | | 0.00 | NA | NA | 0.00 |
| | Representing: Wells Fargo Bank National Assn | | 0.00 | NA | NA | 0.00 |
| | Restaurant CFO Partners 701 East 15th Street, Ste 201 Plano TX 75074 | | 5,512.50 | NA | NA | 0.00 |
| | Utility Design Co 7501 Sugarbush Drive Garland TX 75044 | | 23,232.39 | NA | NA | 0.00 |
| 000003 | GALLERIA MALL INVESTORS, LP | 7100-000 | 0.00 | 1,705,644.43 | 1,705,644.43 | 0.00 |
| 000008 | GREGORY P. WILLIAMS, CPA | 7100-000 | NA | 1,420.00 | 1,420.00 | 0.00 |
| 000005 | JACKSON WALKER L.L.P. | 7100-000 | 2,566.85 | 2,566.85 | 2,566.85 | 0.00 |
| 000001 | ROBINSON & ASSOCIATES PLLC | 7100-000 | 54,634.84 | 67,982.63 | 67,982.63 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| COMPROMISE | SCOTT SEIDEL, TRUSTEE FOR | 7100-000 | NA | 23,854.31 | 23,854.31 | 23,854.31 |
| 000002 | WELLS FARGO BANK, N.A. | 7100-000 | 841,500.76 | 851,008.09 | 851,008.09 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 964,875.97 | $ 2,652,476.31 | $ 2,652,476.31 | $ 23,854.31 |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 14-31245 | BJH | Judge: BARBARA J. HOUSER - DALLAS | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | MD RANGEL FRANCHISE ENTERPRISES, LT | | | Date Filed (f) or Converted (c): | 02/26/15 (c) |
| | | | | 341(a) Meeting Date: | 04/07/15 |
| For Period Ending: | 06/17/20 | | | Claims Bar Date: | 07/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH IN BANK - JPMORGAN CHASE BANK  *LISTED ON CHAPTER 11 SCHEDULES as $2,088.31.  Rule 1019 | 10,896.30 | 10,896.30 | | 10,896.30 | FA |
| 2. Debtor's share of sale proceeds  proceeds of $42,834.54 | Unknown | 0.00 | | 42,834.54 | FA |
| 3. Causes of action under Bankruptcy Code 547/548/549 | Unknown | 1.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $10,896.30 | $10,897.30 | | $53,730.84 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO UST ON 01/31/2020.

Initial Projected Date of Final Report (TFR): 04/01/16      Current Projected Date of Final Report (TFR): 11/30/19

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-31245 -BJH | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MD RANGEL FRANCHISE ENTERPRISES, LT | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2192 Checking - Non Interest |
| Taxpayer ID No: | *******1602 | | | |
| For Period Ending: | 06/17/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/13/15 | 1 | JPMorgan Chase Bank/National Acct Srv. | funds in bank account | 1129-000 | 10,896.30 | | 10,896.30 |
| 08/03/15 | 2 | John E. Leslie, IOLTA Trust Account | proceeds from sale of assets | 1129-000 | 42,834.54 | | 53,730.84 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 53,715.84 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 69.59 | 53,646.25 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.24 | 53,569.01 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.71 | 53,489.30 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.03 | 53,412.27 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.49 | 53,332.78 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.14 | 53,253.64 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 73.93 | 53,179.71 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.91 | 53,100.80 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.26 | 53,024.54 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.68 | 52,945.86 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.04 | 52,869.82 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.45 | 52,791.37 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.34 | 52,713.03 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.71 | 52,637.32 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.11 | 52,559.21 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.48 | 52,483.73 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.89 | 52,405.84 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.98 | 52,327.86 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 70.35 | 52,257.51 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.76 | 52,179.75 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.14 | 52,104.61 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.53 | 52,027.08 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 74.93 | 51,952.15 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.30 | 51,874.85 |

Page Subtotals         53,730.84         1,855.99

Ver: 22.02d

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-31245 -BJH | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MD RANGEL FRANCHISE ENTERPRISES, LT | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2192  Checking - Non Interest |
| Taxpayer ID No: | *******1602 | | | |
| For Period Ending: | 06/17/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.19 | 51,797.66 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 74.59 | 51,723.07 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.96 | 51,646.11 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 74.38 | 51,571.73 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.74 | 51,494.99 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.62 | 51,418.37 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 69.12 | 51,349.25 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.40 | 51,272.85 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 73.84 | 51,199.01 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.18 | 51,122.83 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 73.62 | 51,049.21 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.96 | 50,973.25 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.85 | 50,897.40 |
| 10/09/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 50,897.40 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 53,730.84 | 53,730.84 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 50,897.40 | |
| Subtotal | 53,730.84 | 2,833.44 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 53,730.84 | 2,833.44 | |

Page Subtotals       0.00       51,874.85

Ver: 22.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 14-31245 -BJH | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MD RANGEL FRANCHISE ENTERPRISES, LT | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0063  Checking Account |
| Taxpayer ID No: | *******1602 | | | |
| For Period Ending: | 06/17/20 | | Blanket Bond (per case limit): | $   300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/18 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 50,897.40 | | 50,897.40 |
| 12/07/18 | 002001 | SCOTT SEIDEL, TRUSTEE FOR MD RANGEL ENTERPRISES LTD | PAID PER ORDER APPROVING TR'S MOTION TO COMPROMISE COMPETING CLAIMS TO SALE PROCEEDS ENTERED 12/6/18 [DOCKET #103] | 7100-000 | | 23,854.31 | 27,043.09 |
| 05/20/20 | 002002 | DANIEL J. SHERMAN, TRUSTEE 509 NORTH MONTCLAIR AVENUE DALLAS, TX  75208 | Chapter 7 Compensation/Fees | 2100-000 | | 5,936.54 | 21,106.55 |
| 05/20/20 | 002003 | DANIEL J. SHERMAN, TRUSTEE 509 NORTH MONTCLAIR AVENUE DALLAS, TX  75208 | Chapter 7 Expenses | 2200-000 | | 822.30 | 20,284.25 |
| 05/20/20 | 002004 | U.S. Trustee 1100 Commerce St. Room 976 Dallas, TX 75242 | Claim 000006A, Payment 100.00000% (6-1) Unpaid US Trustee Quarterly Fees | 2950-000 | | 1,300.00 | 18,984.25 |
| 05/20/20 | 002005 | SHELDON E. LEVY, CPA 6320 SOUTHWEST BLVD., SUITE 204 FORT WORTH, TX  76109 | Claim ACCT FEES, Payment 100.00000% ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 737.50 | 18,246.75 |
| 05/20/20 | 002006 | SHERMAN & YAQUINTO 509 N. MONTCLAIR DALLAS, TX 75208 | Claim ATTNY EXPS, Payment 100.00000% ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 81.66 | 18,165.09 |
| 05/20/20 | 002007 | SHERMAN & YAQUINTO 509 N. MONTCLAIR DALLAS, TX 75208 | Claim ATTNY FEES, Payment 100.00000% ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 13,875.00 | 4,290.09 |
| 05/20/20 | 002008 | Comptroller of Public Accounts C/O Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 | Claim 000007, Payment 85.15408% (7-1) FRANCHISE TAX Ch. 171 | 6990-000 | | 3,080.90 | 1,209.19 |
| | | | Page Subtotals | | 50,897.40 | 49,688.21 | |

Ver: 22.02d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-31245 -BJH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | MD RANGEL FRANCHISE ENTERPRISES, LT | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0063  Checking Account |
| Taxpayer ID No: | *******1602 | | |
| For Period Ending: | 06/17/20 | Blanket Bond (per case limit): | $   300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/20/20 | 002009 | Gregory P. Williams, CPA<br>701 E. 15th Street<br>Plano, TX 75074 | Claim 000009, Payment 85.15423% | 6990-000 | | 1,209.19 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 50,897.40 | 50,897.40 | 0.00 |
| Less:  Bank Transfers/CD's | 50,897.40 | 0.00 | |
| Subtotal | 0.00 | 50,897.40 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 50,897.40 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********2192 | 53,730.84 | 2,833.44 | 0.00 |
| Checking Account - ********0063 | 0.00 | 50,897.40 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 53,730.84 | 53,730.84 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00          1,209.19

Ver: 22.02d